**Larry COLEMAN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Jan. 18, 1974.

Anthony M. Wilhoit, Public Defender, J. Vincent Aprile, II, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Michael J. Harrison, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**James R. YOCOM, Com. of Labor & Custodian of the Special Fund, Appellant,**

v.

**Golden HOLLAND, Jr., et al., Appellees.**

Court of Appeals of Kentucky.

Jan. 18, 1974.

Arthur R. Samuel and Robert D. Hawkins, Department of Labor, Frankfort, for appellant.

Denver Adams, Robert C. Muncy, Hyden, Maxwell P. Barrett, Hazard, J. Keller Whitaker, Dir. Workmen's Comp. Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

**James R. YOCOM, Com. of Labor & Custodian of the Special Fund, Appellant,**

v.

**Caleb CHAPPELL et al., Appellees.**

Court of Appeals of Kentucky.

Jan. 18, 1974.

.Arthur R. Samuel and Robert D. Hawkins, Department of Labor, Frankfort, for appellant.

Denver Adams, Hyden, J. W. Craft, Jr., Hazard, Robert C. Muncy, Hyden, J. Keller Whitaker, Dir. Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

**Euleene WILLINGHAM**

v.

**KENTUCKY BUS LINES, INC., et al.**

Court of Appeals of Kentucky.

Feb. 1, 1974.

Andrew H. Avedisian, Michael Avedisian, Paducah, for appellant.

B. D. Leachman, Jr., Louisville, Joseph Whittle, Leitchfield, Richard E. Moorman, Leitchfield, Faurest, Collier, Arnett, Hensley & Coleman, Elizabethtown, Goff & Meredith, Leitchfield, Raymond O. Harmon, Louisville, for appellees.

Memorandum Opinion of the Court by Justice REED, Affirming in Part and Reversing in Part.*

* Opinion ordered not to be published.